AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Shirley Elliott

V.

Merck & Co., Inc.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**07 cv 7055**

TO: (Name and address of Defendant)

Merck & Co., Inc.
One Merck Drive
P.O. Box 100, WS3AB-05
Whitehouse Station, NJ 08889-0100

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Annesley H. DeGaris, Esq.
Cory Watson Crowder & DeGaris
2131 Magnolia Avenue, FL 2
Birmingham, AL 35205
Telephone: 205-328-2200
Facsimile: 205-324-7896
email: adegaris@cwcd.com, jsisson@cwcd.com, and
asapone@cwcd.com

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 0 7 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/28/07 | |
| NAME OF SERVER *(PRINT)* James Reap | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By delivering and leaving documents with Connie Boyle. legal Assistant - person Authorized to accept service on behalf of Merck + Co. Inc. at its usual place of business at 1 Merck Dr. Whitehouse Station, NJ 08889

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __8/31/07__
Date

Signature of Server

50 Main St. Hackensack, NJ 07601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.